### The W. T. Rawleigh Medical Company, Appellee, v. J. W. Barnett, Appellant.

#### (Not to be reported in full.)

Appeal from the Circuit Court of De Witt county; the Hon. SOLON PHILBRICK, Judge, presiding. Heard in this court at the October term, 1913. Affirmed. Opinion filed December 27, 1913.

#### Statement of the Case.

Action in *assumpsit* by The W. T. Rawleigh Medical Company, a corporation, against J. W. Barnett to recover upon a promissory note. From a judgment in favor of plaintiff for $538.13, defendant appeals.

L. O. WILLIAMS, for appellant.

EDWARD J. SWEENEY and MORRIS J. HINCHCLIFF, for appellee.

MR. JUSTICE THOMPSON delivered the opinion of the court.

## Abstract of the Decision.

1. BILLS AND NOTES, § 358*—*when plea of want of consideration demurrable.* In an action on a promissory note, a special plea of want of consideration setting up that the note was given for a release of defendant by plaintiff from a void contract of guaranty, *held* inartificially drawn and subject to special demurrer.

2. APPEAL AND ERROR, § 1361*—*when refusal to permit filing of additional pleas not error.* Refusal of court to permit the filing of additional pleas, *held* not error, where application to file them was not made until the case was called for trial.

3. APPEAL AND ERROR, § 986*—*when denial of motion for continuance not presented for review.* The question whether the court erred in overruling a motion for a continuance is not preserved for review, where there is no motion for a continuance or showing thereon in the bill of exceptions.